**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 27 MAL 2022 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| JOSEPH MELVIN ROLLINS, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner, is:

Did the Superior Court err in finding that the absence of a maximum term did not render the [driving under a suspended license] sentencing provision under 75 Pa. C.S.[] § 1543(b)(1)(iii) unconstitutionally vague violating state and federal due process provisions?